■ In the Matter of CHARLES E. MORRISON, an Attorney.— Motion for stay of effective date of suspension until 14 days after Court of Appeals determination of motion for leave to appeal granted, on condition that respondent continue not to accept any new legal matters or retainers from clients. Concur —Sullivan, J. P., Ross, Carro, Kassal and Smith, JJ.